Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Dennis Lashoun Brown a/k/a Breezy<br><br>*Defendant* | )<br>)<br>)  Case No.  1:20-cr-174-02<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                  Dennis Lashoun Brown a/k/a Breezy
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Possession with Intent to Distribute Controlled Substances
Aiding and Abetting

Date:   10/07/2020

/s/ Carla Schultz
*Issuing officer's signature*

City and state:   Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10-7-2020, and the person was arrested on *(date)* 10-13-2020
at *(city and state)* Bismarck, ND

Date: 10-13-2020

*Arresting officer's signature*

Kenneth Gordon Spogen
*Printed name and title*